UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-CR-60302-MOORE

UNITED STATES OF AMERICA,

vs.

GUERBY JOSEPH,

    Defendant.

_____/



FILED BY_____D.C.

JUL 08 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

This cause has been referred to me to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Guerby Joseph. (DE 92). On May 17, 2022, a United States Probation Officer submitted, and, on May 18, 2002, the Honorable K. Michael Moore signed, a Petition alleging that Defendant had committed four violations of his term of supervised release. (DE 86).

Defendant, by and through appointed counsel, has filed a Notice of Admission of Supervised Release Violations. (DE 94). Defendant admits each of the violations charged in the Petition and requests that this matter be referred to Judge Moore for a final hearing. *Id.* Accordingly, and upon Defendant's Notice Admission of Supervised Release Violations, I hereby **RECOMMEND** that the Court accept Defendant's admission of guilt and find him guilty of the Supervised Release violations alleged in the Petition.

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object

1

in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

Done and submitted in chambers at Ft. Lauderdale, Florida, this 8th day of July, 2022.

/Jared Strauss
Jared M. Strauss
United States Magistrate Judge

cc: The Honorable K. Michael Moore
Counsel of record